STATE OF CONNECTICUT *v.* JOHN T. ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 146, is denied.

*Joette Katz,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 5, 1988

STATE OF CONNECTICUT *v.* JULIO ARROYO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 687, is denied.

*Martin Zeldis,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided May 12, 1988

NORMAN DORSEN ET AL. *v.* STUART ANDREW KAY

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 645, is denied.

*Steven A. Wise,* in support of the petition.

*Catherine G. Roraback,* in opposition.

Decided May 12, 1988